# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVE SEGAL, NICK HAMMER, ROBIN  
HOUGDAHL and TODD TERRY, individually  
an on behalf of all others similarly situated,

        Plaintiffs,

vs.

HOWARD LEDERER and CHRIS FERGUSON,

        Defendants.

Case No. 2:12-cv-00601-LRH-GWF

**ORDER**

       This matter is before the Court on Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (#1) in this matter was filed April 12, 2012. LR 7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have an interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiffs have failed to comply. Accordingly,

       **IT IS ORDERED** that Plaintiffs shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **May 2, 2012.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

       DATED this 27th day of April, 2012.

                                              _/s/ George Foley Jr._  
                                              GEORGE FOLEY, JR.  
                                              United States Magistrate Judge