LEONARD H. STONE, ESQ.
Nevada Bar No. 5791
BRETT I. JOHNSON ESQ.
Nevada Bar No. 6764
SHOOK & STONE, CHTD.
710 South Fourth Street
Las Vegas, Nevada 89101
Office: (702) 385-2220
Attorneys for Plaintiffs


Thomas H. Burt (New York State
Bar No. TB7601) (Pro Hac Vice Pending)
Lawrence P. Kolker (New York State
Bar No. LK 6432) (Pro Hac Vice Pending)
Wolf Haldenstein Adler
Freeman & Herz LLP
270 Madison Avenue
New York, New York 10016
Tel:  (212) 545-4600
Fax:  (212) 545-4653

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| STEVE SEGAL, NICK HAMMER, ROBIN HOUGDAHL, and TODD TERRY, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:12-cv-00601 |
| v. | ) ) | |
| HOWARD LEDERER and CHRIS FERGUSON, | ) ) ) | |
| Defendants. | ) ) ) ) | |

## MOTION FOR AN EXTENSION OF TIME FOR
## ADMISSION TO PRACTICE PRO HAC VICE
### (First Request)

Pursuant to Fed. R. Civ. P. 6(b), and LR 6-1, Plaintiffs Steve Segal, Nick Hammer, Robin Hougdahl and Todd Terry, by and through their undersigned counsel, move the Court for a first extension of the time period, until June 28, 2012, to complete the filing process for the *pro hac vice* admission of Thomas H. Burt and Lawrence P. Kolker.

Plaintiffs request this extension in the interest of justice because of complications stemming from the completion of the verified petition process, specifically, the receipt of all necessary Certificates of Good Standing of petitioners and signatures of all the parties necessary to complete the application process.

///

///

///

///

///

///

///

///

///

///

Thus, Plaintiffs have demonstrated good cause for the Court to grant this motion for an extension of time until **June 28, 2012**, and enter the following [Proposed] Order.

Dated: May 31, 2012

*Respectfully Submitted,*

**SHOOK & STONE CHTD.**

*/s/*Leonard Stone
Leonard Stone, Esq.
710 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 385-2220

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Thomas H. Burt, Esq.
Lawrence P. Kolker, Esq.
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE,
THE HONORABLE MIRANDA M. DU

DATED: __June 15, 2012__