# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

STEVE SEGAL, NICK HAMMER, ROBIN )      Case No.: 2:12-CV-00601-APG-GWF
HOUGDAHL, and TODD TERRY,          )
                                   )
               Plaintiffs,         )
                                   )
       vs.                         )
                                   )
HOWARD LEDERER and CHRISTOPHER     )
FERGUSON,                          )
                                   )
               Defendants.         )
                                   )

## O R D E R

IT IS ORDERED that the parties shall file a status report on or before February 28, 2014, and shall file additional written joint status reports at 120 day intervals thereafter.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1