# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVE SEGAL, NICK HAMMER, ROBIN HOUGDAHL, and TODD TERRY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOWARD LEDERER and CHRISTOPHER FERGUSON,<br><br>Defendants. | Case No.: 2:12-CV-00601-APG-GWF |

## ORDER

IT IS ORDERED that the parties shall file a status report on or before February 28, 2014, and shall file additional written joint status reports at 120 day intervals thereafter.

DATED this 3rd day of February, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

1