**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| STEVE SEGAL, *et al.*, | Case No. 2:12-CV-0601-APG-GWF |
| Plaintiffs, | |
| v. | **ORDER** |
| HOWARD LEDERER and CHRISTOPHER FERGUSON, | |
| Defendants. | |

On February 3, 2014, I ordered the parties to file a status report on or before February 28, 2014, and to file additional status reports at 120-day intervals thereafter. (Dkt. #53.) The parties' last status report was filed October 28, 2014.

IT IS THEREFORE ORDERED that the parties shall file a status report on or before May 30, 2015.

DATED this 7th day of May, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE